Defendants' letter-motion to adjourn (ECF No. 20) is GRANTED. The initial case management conference scheduled for Thursday, April 21, 2022 at 1:00 pm is adjourned to **Tuesday, April 26, 2022 at 2:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By April 19, 2022, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan. All other terms of the original scheduling order (ECF No. 13) remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 20.

SO ORDERED 4/12/2022

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge

April 11, 2022

**VIA ECF**
The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Enda Charles v. Flintlock Construction Services, LLC**
Docket No. 1:21-cv-10685

Dear Judge Cave:

    Today, this firm was selected to substitute into the case to represent the Defendants. The docket calls for a report on the Rule 26(f) meeting and the filing of a proposed case management order by April 14, 2022, as well as conference on April 21, 2022. Since we still have to collect signatures on the substitution of attorney before we can take any of the steps needed to fulfill these obligations, we ask for a one-weeks adjournment of the requested filings and conference. Plaintiff's attorney consents to this request.

Sincerely,
**LYDECKER**

By: _/s/ Michael Poreda_
_____
MICHAEL POREDA, ESQ.